1  JO HOENNINGER (Bar No. 205222)
   HOENNINGERLAW
2  2358 Market St.
   San Francisco, California  94114
3  Telephone: (415) 816-0440
   Fax: (866) 671-0096
4  Email: Jo@HLawSF.com

5  Attorney for Plaintiff
   CORETTA MACLEAN

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CORETTA MACLEAN,                            | CASE NO. CV 10-3871 EMC
12 |                    Plaintiff,
13 |
14 |         vs.
15 | FRED FINCH CHILDREN'S HOME,                 | **STIPULATION AND [PROPOSED]**
   | doing business as FRED FINCH YOUTH          | **ORDER SELECTING ADR PROCESS**
16 | CENTER, a California non-profit
   | corporation; VONZA THOMPSON, an
17 | individual, ED HSU, and DOES 1-25,
   | inclusive,
18 |
   |                    Defendants
19

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS          CASE NO. CV 10-3871 EMC

**STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

- The parties agree to participate in Mediation (ADR L.R. 6).
- The parties agree to hold the ADR session by the presumptive deadline.

DATED: December 21, 2010

HOENNINGERLAW

By: _____
Jo Hoenninger
Attorney for Plaintiff
CORETTA MACLEAN

DATED: December 23, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Todd A. Roberts
Attorney for Defendant
FRED FINCH CHILDREN'S HOME

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- Mediation.
- The deadline for the ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

Dated: December 27, 2010.

_____
JUDGE WILLIAM ALSUP
U. S. DISTRICT COURT JUDGE