1 | JO HOENNINGER (Bar No. 205222)
HOENNINGERLAW
2 | 2358 Market St.
San Francisco, California  94114
3 | Telephone:  (415) 816-0440
Fax:  (866) 671-0096
4 | Email: Jo@HLawSF.com

5 | Attorney for Plaintiff
CORETTA MACLEAN

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | CORETTA MACLEAN,                            CASE NO. CV 10-3871 WHA

12 |                     Plaintiff,             Honorable William Alsup

13

14 |            vs.

15 | FRED FINCH CHILDREN'S HOME,                 **STIPULATED DISMISSAL**
doing business as FRED FINCH YOUTH
16 | CENTER, a California non-profit
corporation; VONZA THOMPSON, an
17 | individual, ED HSU, and DOES 1-25,
inclusive,
18
                    Defendants
19

---

STIPULATED DISMISSAL                                          CASE NO. CV 10-3871 WHA

## STIPULATION

The Parties to this action have entered into a Settlement Agreement whereby the Defendants agreed to provide certain consideration to Plaintiffs and Plaintiffs agreed to dismiss this action with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties to this action stipulate to a dismissal of this action with prejudice, each party to bear his or her own costs and fees.

IT IS SO STIPULATED.

DATED: April 14, 2011      HOENNINGERLAW

By: _____
Jo Hoenninger
Attorney for Plaintiff
CORETTA MACLEAN

DATED: April 14, 2011      ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Todd A. Roberts
Attorneys for Defendant
FRED FINCH CHILDREN'S HOME

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.
**THE CLERK SHALL CLOSE THE FILE.**

Dated: April 19, 2011

_____
Honorable William Alsup
United States District Court Judge

-1-

STIPULATED DISMISSAL                                    CASE NO. CV 10-3871 WHA